UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21402-CIV-GOLD/GOODMAN

UNITED STATES *ex rel.*
  EDUARDO GARCIA,
  ROLANDO DELGADO,
  CANICE LINDSAY,
  MICHAEL WALKER,
  CRISTINA FERNANDEZ,
  and RICARDO FERNANDEZ,

  Qui Tam Plaintiffs,

  v.

REGIONS FINANCIAL
  CORPORATION,
  REGIONS BANK,
  and JOHN DOES 1-5,

  Defendants.
_____/

## STIPULATION OF DISMISSAL

Relators, Eduardo Garcia, Rolando Delgado, Canice Lindsay, Michael Walker, Cristina Fernandez and Ricardo Fernandez, and Defendants, Regions Financial Corporation and Regions Bank, entered into a Settlement Agreement resolving the claims brought in the above-referenced action as between them. They hereby stipulate to the dismissal of the above-styled action with prejudice as to the claims of the Relators, and without prejudice as to any claims that may be brought by the United States, with the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

| | |
|---|---|
| **GREENBERG TRAURIG, P.A.** | **DO CAMPO & THORNTON, P.A.** |
| *Attorneys for Defendants Regions Financial Corporation and Regions Bank* | *Attorneys for Qui Tam Plaintiffs* |
| 333 Avenue of the Americas (S.E. 2nd Ave.) | Bank of America Tower |
| | 100 S.E. Second Street, Suite 2700 |
| | Miami, FL 33131 |

<div style="display: flex;">

<div>

Suite 4400  
Miami, FL  33131  
Telephone: (305) 579-0500  
Facsimile:  (305) 579-0717  
E-mail: silvermanm@gtlaw.com  
E-mail:  duffc@gtlaw.com  

By: /s/    *Candace Duff*  
         MARLENE K. SILVERMAN  
          Florida Bar No. 226947  
          CANDACE R. DUFF  
           Florida Bar No. 966894  

</div>

<div>

Telephone: (305) 358-6600  
Facsimile: (305) 358-6601  
E-mail: jt@dandtlaw.com  

By:    /s/   *John Thornton*  
          JOHN THORNTON  
          Florida Bar No. 004820  

</div>

</div>

**SERVICE LIST**

*United States, ex rel. Garcia, et al. v. Regions Financial Corporation, et al.*
CASE NO.: 09-21402-CIV-GOLD/GOODMAN
United States District Court, Southern District of Florida

| | |
|---|---|
| **John Thornton, Esq.**<br>DO CAMPO & THORNTON, P.A.<br>Bank of America Tower<br>100 S.E. Second Street, Suite 2700<br>Miami, FL 33131<br><br>305.358.6600 Phone<br>305.358.6601 Fax<br>jt@dandtlaw.com<br><br>*Counsel for Relators* | **James A. Weinkle, Esq.**<br>Assistant United States Attorney<br>OFFICE OF THE UNITED STATES ATTORNEY<br>99 N.E. 4th Street, Suite 300<br>Miami, FL 33132<br><br>305.961.9290 Phone<br>305.530.7139 Fax<br>James.Weinkle@usdoj.gov<br><br>*Counsel for United States* |
| **Juan C. Zorilla, Esq.**<br>ZORILLA & ASSOCIATES, P.L.<br>2 Alhambra Plaza<br>Suite 801<br>Coral Gables, FL 33134<br><br>305.860.3831 Phone<br>305.860.3832 Fax<br>jcz@zgolaw.com<br><br>*Counsel for Defendants Javier Cruz and Robert Sui* | **William C. Edgar, Esq.**<br>Trial Attorney<br>U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>COMMERCIAL LITIGATION BRANCH<br>FRAUDS SECTION<br>601 D Street, N.W., Room 1204<br>Washington, D 20004<br><br>202.353.7950 Phone<br>202.616.3085 Fax<br>William.Edgar@usdoj.gov<br><br>*Counsel for United States* |