UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-CIV-21402-GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

REGIONS FINANCIAL CORPORATION et al.,

    Defendant.
_____/

## AMENDED ORDER APPROVING STIPULATION OF DISMISSAL [ECF No. 80]; CLOSING CASE

THIS CAUSE is before the Court upon the parties' joint Stipulation of Dismissal [ECF No. 80], indicating the parties entered into a settlement agreement resolving the claims in this action. Having reviewed the case file, and noting the United States' consent to the dismissal [ECF No. 82], it is hereby ORDERED AND ADJUDGED as follows:

1. The Stipulation of Dismissal [ECF No. 80] is **APPROVED**.

2. This case is **DISMISSED with prejudice** as to the claims of the Relators.

3. This case is **DISMISSED without prejudice** as to any claims that may be brought by the United States.

4. The Court retains jurisdiction to enforce the terms of the settlement agreement.

5. This case is **CLOSED**.

DONE and ORDERED IN CHAMBERS at Miami, Florida this 24TH day of September, 2012.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
Counsel and parties of record